PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Juan Andres Gomez                                        Cr.: 06-00323-001

Name of Original Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise

Date of Original Sentence: 06/11/07

Original Offense: Conspiracy to Distribute Narcotics, 21 U.S.C. § 846 [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]

Original Sentence: 45 months imprisonment; 3 years supervised release; $100 special assessment; drug testing and/or urinalysis; mental health treatment, and DNA testing.

Type of Supervision: Supervised Release                Date Supervision Commenced: 05/02/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     The offender has violated the special condition which states, **'The defendant shall refrain from illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.'**

                      On September 22, 2009, the offender submitted a urine sample which tested positive for cocaine. The offender signed a drug use admission form, dated September 22, 2009, indicating he used the substance on September 19, 2009.

2                     The offender has violated the special condition which states, **'The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any persons convicted of a felony unless granted permission to do so by the probation office.'**

                      On September 22, 2009, the offender reported contact with a local cocaine dealer, known as "Black," and tested his product to help determine the cocaine's purity.

PROB 12A - Page 2
Juan Andres Gomez

U.S. Probation Officer Action:

The Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand. Our office will intensify Gomez's outpatient treatment services and monitor his progress and compliance.

Respectfully submitted,

By: Suzanne J. Golda
U.S. Probation Officer
Date: 10/05/09

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other: Probation to present this document to the offender as a formal judicial reprimand issued under the authority of the Court.

Signature of Judicial Officer

Oct. 9, 2009
Date